USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/28/2022_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAVIER MONGE,

                Plaintiff,

-against-

PARKER GREENFIELD, LLC, and BAYVIEW HOSPITALITY GROUP LLC,

                Defendants.

22 Civ. 6181 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On September 21, 2022, the Court ordered the parties to submit a joint letter and proposed case management plan by October 19, 2022. ECF No. 15. This submission is now overdue. Accordingly, by **November 10, 2022**, the parties shall submit their joint letter and proposed case management plan.

    SO ORDERED.

Dated: October 28, 2022
       New York, New York

                                            ANALISA TORRES
                                           United States District Judge